```
 1  Erik L. Jackson (State Bar No. 166010)
    ejackson@cozen.com
 2  COZEN O'CONNOR
    Suite 3700
 3  601 S. Figueroa Street
    Los Angeles, California 90017
 4  Telephone: (213) 892-7900
 5  Facsimile: (213) 892-7999

 6  Martin B. Pavane (Seeking Pro Hac Vice)
    mpavane@cozen.com
 7  Marilyn Neiman (Seeking Pro Hac Vice)
    mneiman@cozen.com
 8  COZEN O'CONNOR
    277 Park Avenue
 9  New York, NY 10172
    Telephone: (212) 883-4900
10  Facsimile: (212) 656-1692

11  Attorneys for Plaintiff FEENEY, INC.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FEENEY, INC., | Case No. 12-01373 (DMR) |
| Plaintiff, | |
| v. | |
| QMH, INC., | |
| Defendant. | |

### FINAL JUDGMENT ON CONSENT

Plaintiff Feeney, Inc. ("Feeney") having commenced this action against QMH, Inc. ("QMH") by filing a Complaint for infringement of U.S. Patent No. RE43,194 ("the '194 Patent"); QMH having not yet filed an answer or counterclaims; and the parties hereto having consented to the entry of this Final Judgment;

It is now hereby ORDERED, ADJUDGED, and DECREED that

1. This Court has subject matter jurisdiction over this action and has personal jurisdiction over the parties.

2. Venue is proper in this Court.

3. The '194 Patent is not invalid.

4. QMH's accused fittings, including at least the fittings associated with item nos. 815S-03 and 816S-03, infringe the '194 Patent.

5. QMH has represented that it has ceased manufacturing, offering for sale and selling in the United States and/or importing into the United States products that infringe the '194 Patent.

6. Each party shall bear its own costs and attorneys' fees.

7. Except as may be set forth in a separate agreement between the parties, QMH and its officers, agents, servants, employees and attorneys, and all other persons who are in active concert or participation with any of the foregoing, are hereby enjoined from manufacturing, using, offering for sale and/or selling in the United States, or importing into the United States, item nos. 815S-03 and 816S-03 and/or any other item that infringes the '194 Patent.

8.  The parties hereby consent to the entry of this final judgment.

QMH, Inc.

By: *[signature]*

Name: DAVID R. RUSSELL

Title: SALES MANAGER

Dated: 6/13-12

COZEN O'CONNOR
*Attorneys for Plaintiff*
Feeney, Inc.

By: *[signature]*
Erik L. Jackson

Dated: 6-14-12

**SO ORDERED:**

Dated: June 21, 2012

*[signature]*

Donna M. Ryu, United States Magistrate Judge

1950126v1

3 FINAL JUDGMENT ON CONSENT